**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ALFREDO SALDANA,** ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 08-00047 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that the Commissioner's decision is **affirmed.**

DATED: March 2, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge